No. 86–800. LUCERO ET AL. v. SNYDER ET AL. Appeal from C. A. 10th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–802. HOLIDAY UNIVERSAL, INC. v. MONTGOMERY COUNTY, MARYLAND, ET AL. Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction.